**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ARTHUR LEE COSEY**                                                             **PLAINTIFF**

v.                          **CASE NO. 4:16-CV-00763 BSM**

**ROSS, et al.**                                                            **DEFENDANTS**

**ORDER**

The proposed findings and recommendations [Doc. No. 7] submitted by United States Magistrate Judge Jerome T. Kearney have been received. Plaintiff Arthur Cosey has filed no objections. After carefully reviewing the proposed findings and recommendations, they are adopted in their entirety. Accordingly, Cosey's property claim is dismissed with prejudice for failure to state a claim, and defendants Brawn, Vaughn, Lacey, and Hawk are dismissed without prejudice, for failure to state a claim.

IT IS SO ORDERED this 2nd day of February 2017.

_____
UNITED STATES DISTRICT JUDGE